IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NAKITA JONES,                                    *

               Petitioner,              *

v.                                                  Case No.  7:21-CV-133(HL)

                               *

Sheriff GENE SCARBROUGH,                          *

               Respondent.              *

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated April 27, 2022, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of April, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk